**James E. WILLIAMS, Plaintiff–Appellant,**

v.

**UNITED STATES of America; State of North Carolina; State of Georgia, Defendants–Appellees.**

No. 01–7044.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 5, 2001.

James E. Williams, pro se.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

James E. Williams appeals from the district court's orders directing him to particularize his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint and dismissing his action for failure to comply. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court.* *Williams v. United States,* No. CA–01–325–CT (E.D.N.C. filed May 30, 2001; entered June 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented

---

* The order to particularize also denied relief on Williams' claims pertaining to an allegedly illegal extradition. Williams failed to address this portion of the district court's order in his informal brief, and therefore further review of these claims is waived. 4th Cir. Local R. 34(b).

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*